IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ivanov, Ivan Draganov | Case Number: 07 B 08841 |
|---|---|---|
|  | Draganova, Elenka S | Judge: Goldgar, A. Benjamin |
|  | Printed: 11/27/07 | Filed: 5/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 4, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,200.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,000.00 |
| Trustee Fee: |  | 57.08 |
| Other Funds: |  | 142.92 |
| Totals: | 1,200.00 | 1,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gregory J Martucci Esq | Administrative | 1,000.00 | 1,000.00 |
| 2. | New Century Mortgage | Secured | 0.00 | 0.00 |
| 3. | Volkswagon Credit | Secured | 0.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 5. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 6. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 7. | Capital One | Unsecured | 172.33 | 0.00 |
| 8. | Capital One | Unsecured | 28.29 | 0.00 |
| 9. | Wells Fargo Bank | Unsecured | 402.52 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 949.47 | 0.00 |
| 11. | FIA Card Services | Unsecured | 945.34 | 0.00 |
| 12. | FIA Card Services | Unsecured | 1,050.37 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 424.45 | 0.00 |
| 14. | American Express | Unsecured | 2,411.31 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 329.65 | 0.00 |
| 16. | FIA Card Services | Unsecured | 206.76 | 0.00 |
| 17. | American Express Travel Relate | Unsecured | 2,013.64 | 0.00 |
| 18. | Discover Financial Services | Unsecured | 1,128.43 | 0.00 |
| 19. | American Express | Unsecured | 382.11 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 190.49 | 0.00 |
| 21. | First Equity | Unsecured | 10.66 | 0.00 |
| 22. | FIA Card Services | Unsecured | 209.16 | 0.00 |
| 23. | Resurgent Capital Services | Unsecured | 206.00 | 0.00 |
| 24. | Resurgent Capital Services | Unsecured | 324.06 | 0.00 |
| 25. | American Express Travel Relate | Unsecured | 7,931.24 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| **IN RE:** | Ivanov, Ivan Draganov | Case Number: 07 B 08841 |
| | Draganova, Elenka S | Judge: Goldgar, A. Benjamin |
| | Printed: 11/27/07 | Filed: 5/15/07 |

| | | | | |
|---|---|---|---:|---:|
| 26. | American Express | Unsecured | 351.48 | 0.00 |
| 27. | American Express Travel Relate | Unsecured | 1,935.61 | 0.00 |
| 28. | Resurgent Capital Services | Unsecured | 575.61 | 0.00 |
| 29. | American Express Centurion | Unsecured | 923.79 | 0.00 |
| 30. | American Express | Unsecured | 63.65 | 0.00 |
| 31. | American Express | Unsecured | 207.27 | 0.00 |
| 32. | GE Money Bank | Unsecured | 8.52 | 0.00 |
| 33. | ECast Settlement Corp | Unsecured | 870.29 | 0.00 |
| 34. | American Express Centurion | Unsecured | 823.07 | 0.00 |
| 35. | American Express Centurion | Unsecured | 393.07 | 0.00 |
| 36. | American Express Centurion | Unsecured | 313.13 | 0.00 |
| 37. | American Express Centurion | Unsecured | 229.01 | 0.00 |
| 38. | Capital One | Unsecured | 786.45 | 0.00 |
| 39. | ECast Settlement Corp | Unsecured | 48.69 | 0.00 |
| 40. | B-Real LLC | Unsecured | 52.63 | 0.00 |
| 41. | B-Real LLC | Unsecured | 477.08 | 0.00 |
| 42. | American Express | Unsecured | 6,911.57 | 0.00 |
| 43. | ECast Settlement Corp | Unsecured | 914.34 | 0.00 |
| 44. | ECast Settlement Corp | Unsecured | 861.10 | 0.00 |
| 45. | B-Real LLC | Unsecured | 188.50 | 0.00 |
| 46. | B-Real LLC | Unsecured | 539.11 | 0.00 |
| 47. | ECast Settlement Corp | Unsecured | 323.50 | 0.00 |
| 48. | ECast Settlement Corp | Unsecured | 427.53 | 0.00 |
| 49. | B-Real LLC | Unsecured | 910.01 | 0.00 |
| 50. | American Express | Unsecured | 591.60 | 0.00 |
| 51. | Plaza Bank | Secured | | No Claim Filed |
| 52. | The Bank | Secured | | No Claim Filed |
| 53. | Plaza Bank | Secured | | No Claim Filed |
| 54. | Ameriquest Mortgage Company | Unsecured | | No Claim Filed |
| 55. | Carson Pirie Scott | Unsecured | | No Claim Filed |
| 56. | Orchard Bank | Unsecured | | No Claim Filed |
| 57. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 58. | Plaza Bank | Unsecured | | No Claim Filed |
| 59. | Chaet Kaplan Firm | Unsecured | | No Claim Filed |

```
                                                    _____         _____
                                                    $ 40,042.89        $ 1,000.00
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|:---:|:---:|
| 5.4% | 57.08 |
| | _____ |
| | $ 57.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ivanov, Ivan Draganov | Case Number:  07 B 08841 |
| Draganova, Elenka S | Judge:  Goldgar, A. Benjamin |
| Printed:  11/27/07 | Filed:  5/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_